IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | | |
|---|---|---|
| SWIPE INNOVATIONS, LLC | § | |
| | § | |
|     Plaintiff, | § | |
| | § | CIVIL ACTION NO. 9:12-CV-40 |
| v. | § | |
| | § | |
| ELAVON, INC., ET AL | § | |
| | § | |
|     Defendants. | | |

## NOTICE OF APPEARANCE

Defendant, HONEYWELL INTERNATIONAL INC. d/b/a HONEYWELL SCANNING

& MOBILITY ("Honeywell"), provides notice that M. Dru Montgomery is appearing as counsel

for Honeywell in this matter.   Honeywell requests that copies of all notices and filings be

provided to Mr. Montgomery as follows:

THE HEARTFIELD LAW FIRM
2195 Dowlen Road
Beaumont, Texas 77706
Telephone:  409-866-3318
Facsimile:  409-866-5789
E-mail:  dru@jth-law.com
State Bar No. 24010800

Dated: June 19, 2012                Respectfully submitted,

By: /s/ *M. Dru Montgomery*
    M. Dru Montgomery
    Texas Bar No. 24010800
    E-mail: dru@jth-law.com
    J. Thad Heartfield
    Texas Bar No. 09346800
    E-mail: thad@jth-law.com

THE HEARTFIELD LAW FIRM
2195 Dowlen Road
Beaumont, Texas 77706
Telephone:  (409) 866-3318
Fax:  (409) 866-5789

COUNSEL FOR DEFENDANT,
HONEYWELL INTERNATIONAL INC.
d/b/a HONEYWELL SCANNING &
MOBILITY

## CERTIFICATE OF SERVICE

The undersigned certifies that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this the 19th day of June, 2012.  Any other counsel of record will be served by first class mail.

/s/ M. Dru Montgomery
M. Dru Montgomery