UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | |
|---|---|
| SWIPE INNOVATIONS, LLC,<br><br>     Plaintiff,<br><br>v.<br><br>ELAVON, INC., ET AL,<br><br>     Defendants. | CIVIL ACTION NO. 9:12-CV-40<br><br>DEFENDANT VIX TECHNOLOGY, INC.'S NOTICE OF APPEARANCE |

**NOTICE OF APPEARANCE**

Defendant, Vix Technology, Inc., ("Vix"), provides notice that Mark Rosencrantz of Ball Janik LLP appears in this action as counsel for defendant Vix Technology, Inc. Vix requests that copies of all notices and filings be provided to Mr. Rosencrantz at the address stated below:

DATED: June 27th, 2012.

        BALL JANIK LLP

        By /s/Mark Rosencrantz
        Mark Rosencrantz, Texas Bar No. 24081481
        mrosencrantz@balljanik.com
        BALL JANIK, LLP
        818 Stewart Street, Suite 1110
        Seattle, WA 98101
        Tel: (206) 892-9464
        Fax: (206) 624-6039

        Attorneys for Defendant
        Vix Technology, Inc.

## CERTIFICATE OF SERVICE

The undersigned certifies that all counsel of record who have consented to electronic service are being served with a copy of the foregoing document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this the 27th day of June, 2012. Any other counsel of record will be served by first class mail.

/s/ Anita Castillo
Anita Castillo