UAET (02-2008)



## Unopposed Application for Extension of Time to Answer Complaint

Attach this form to the *Application for Extension of Time to Answer Complaint* event.

**CASE AND DEADLINE INFORMATION**

Civil Action No.: 9:12-cv-00040-RC

Name of party you are representing: Nautilus Hyosung America, Inc.

Is this the first application for extension of time in this case?
☐ Yes
☑ No

If no, please indicate which application this represents:
☑ Second
☐ Third
☐ Other _____

Date of Service of Summons: 5/16/12

Number of days requested:
☐ 30 days
☑ 15 days
☐ Other _____ days

New Deadline Date: 7/23/12    *(Required)*

**ATTORNEY FILING APPLICATION INFORMATION**

Full Name: Jennifer Parker Ainsworth
State Bar No.: 00784720
Firm Name: Wilson, Robertson & Cornelius, P.C.
Address: P.O. Box 7339
         Tyler, Texas 75711

Phone: 903-509-5000
Fax: 903-509-5092
Email: jainsworth@wilsonlawfirm.com

A certificate of conference does not need to be filed with this unopposed application.