IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | |
|---|---|
| SWIPE INNOVATIONS, LLC | |
| PLAINTIFF, | CIVIL ACTION NO. 9:12-CV-40 |
| v. | |
| ELAVON, INC., et al | JURY TRIAL DEMANDED |
| DEFENDANTS. | |

## NOTICE OF CHANGE OF ADDRESS

Wesley Hill and the Ward & Smith Law Firm hereby give notice of a change of address.

The new address is as follows:

> WARD & SMITH LAW FIRM
> P.O. Box 1231
> 1127 Judson Rd., Ste. 220
> Longview, TX 75606-1231

All other contact information remains unchanged.

Dated:  July 5, 2012         /s/ Wesley Hill
                             Wesley Hill
                             State Bar No. 24032294
                             E-mail: wh@wsfirm.com
                             WARD & SMITH LAW FIRM
                             P.O. Box 1231
                             1127 Judson Rd., Ste. 220
                             Longview, Texas 75606-1231
                             (903) 757-6400 (telephone)
                             (903) 757-2323 (facsimile)

                             **ATTORNEY FOR GILBARCO, INC.**

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  Therefore, this document was served on all counsel who are deemed to have consented to electronic service.  Local Rule CV-5(a)(3)(A).  Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email on this the 5th day of July, 2012.

/s/ Wesley Hill
Wesley Hill