UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | |
|---|---|
| SWIPE INNOVATIONS, LLC, <br><br>                  Plaintiff, <br><br>v. <br><br>ELAVON, INC., ET AL, <br><br>                  Defendants. | C.A. NO. 9:12-CV-40 (RC) <br>Jury Trial Demanded <br><br>DEFENDANT VIX TECHNOLOGY, INC.'S NOTICE OF JOINDER IN MOTION TO EXTEND TIME TO FILE 26(f) REPORT AND INITIAL DISCLOSURES |

Defendant, Vix Technology, Inv., ("Vix") joins in plaintiff Swipe Innovations, LLC's and defendants Elavon, Inc., First Data Corporation, Gilbarco, Inc., Heartland Payment Systems, Inc., Honeywell International, Inc. d/b/a Honeywell Scanning & Mobility, Nautilus Hysung America, Inc., Motorola Solutions, Inc., Vantiv, LLC and Wincor Nixdorf, Inc's Joint Motion to extend the time for the parties to submit their Rule 26(f) Joint Conference Report and Rule 26(a)(1) Initial Disclosures to the Court [Dkt. 68].

DATED: July 5th, 2012.

                                        BALL JANIK LLP

                                        By /s/Mark Rosencrantz
                                        Mark Rosencrantz, Texas Bar No. 24081481
                                        mrosencrantz@balljanik.com
                                        BALL JANIK, LLP
                                        818 Stewart Street, Suite 1110
                                        Seattle, WA 98101
                                        Tel:(206) 892-9467Fax: (206) 624-6039
                                        Attorneys for Defendant
                                        Vix Technology, Inc.

**CERTIFICATE OF SERVICE**

The undersigned certifies that all counsel of record who have consented to electronic service are being served with a copy of the foregoing document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this the 5th day of July 2012.  Any other counsel of record will be served by first class mail.

/s/ Anita S. Castillo_____<br>
Anita S. Castillo, Paralegal