IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | | |
|---|---|---|
| SWIPE INNOVATIONS, LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 9:12CV-40 |
| | § | |
| | § | JUDGE RON CLARK |
| ELAVON, INC. *et al*, | § | |
| | § | |
| Defendants. | § | |

**ORDER OF DISMISSAL AS TO VIX DEFENDANTS AND CLOSING CASE**

Before the court are Plaintiff Swipe Innovations, LLC and Defendants Vix Technology (USA) Inc. and Intellect Australia Property Ltd.'s Stipulated Motion for Dismissal [Doc. # 248]. The court is of the opinion that the motion should be GRANTED.

IT IS THEREFORE ORDERED that all claims and counterclaims asserted in this suit between Plaintiff Swipe Innovations, LLC and Defendants Vix Technology (USA) Inc. and Intellect Australia Property Ltd. are DISMISSED WITH PREJUDICE, subject to the terms of the parties' January 31, 2013 Settlement and License Agreement. All attorney's fees and costs shall be borne by the party incurring the same.

So **ORDERED** and **SIGNED** this **25** day of **February, 2013.**

_____
Ron Clark, United States District Judge